UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| BOBBY HARRIS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-11 |
| v. ) | |
| ) | Judge Mattice |
| GOODMAN MANUFACTURING ) | |
| COMPANY, LP, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

Before the Court is Plaintiff's "Notice of Non-Suit," in which Plaintiff Bobby Harris indicates that he consents to dismissal of this action with prejudice. (Doc. 28). The Court construes the Notice as a Motion for Voluntary Dismissal per Fed. R. Civ. P. 41(a)(2). Defendant has not responded to the construed Motion.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2) and Plaintiff's representations, Plaintiff's construed Motion for Voluntary Dismissal (Doc. 25) is hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. All pending motions are hereby **DENIED AS MOOT**.

**SO ORDERED** this 10th day of July, 2013.

                     */s/ Harry S. Mattice, Jr.*
                     HARRY S. MATTICE, JR.
                     UNITED STATES DISTRICT JUDGE